# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2018

156132-4(93)(94)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RALPH HEGADORN, as Personal Representative
of the Estate of MARY HEGADORN,
        Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
        Defendant-Appellee.
_____/

SC: 156132
COA: 329508
Livingston CC: 2014-028394-AA

DEBORAH D. TRIM, Personal Representative of
the Estate of DOROTHY LOLLAR,
        Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
        Defendant-Appellee.
_____/

SC: 156133
COA: 329511
Livingston CC: 2014-028395-AA

ROSELYN FORD,
        Plaintiff-Appellant,

v

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Defendant-Appellee.
_____/

SC: 156134
COA: 331242
Washtenaw CC: 15-000488-AA

On order of the Chief Justice, the motion of the National Academy of Elder Law Attorneys, Inc., to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 2, 2018, is accepted for filing. On further order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Ron M. Landsman to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2018



Clerk